**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARTIN WARE,<br><br>        Plaintiff-Appellant,<br><br>v.<br><br>M. BITTER, Warden; et al.,<br><br>        Defendants-Appellees. | No. 18-15178<br><br>D.C. No. 1:16-cv-01302-DAD-SAB<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the Eastern District of California
Dale A. Drozd, District Judge, Presiding

Submitted August 15, 2018**

Before:    FARRIS, BYBEE, and N.R. SMITH, Circuit Judges.

California state prisoner Martin Ware appeals pro se from the district court's

judgment dismissing his 42 U.S.C. § 1983 action alleging deliberate indifference to

his safety. We have jurisdiction under 28 U.S.C. § 1291. We review de novo.

*Byrd v. Maricopa Cty. Bd. of Supervisors*, 845 F.3d 919, 922 (9th Cir. 2017)

---

      *      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

      **     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

(dismissal under 28 U.S.C. § 1915A); *Watison v. Carter*, 668 F.3d 1108, 1112 (9th Cir. 2012) (dismissal under 28 U.S.C. § 1915(e)(2)(B)(ii)).  We affirm.

The district court properly dismissed Ware's action because Ware failed to allege facts sufficient to show that defendants were deliberately indifferent to his safety.  *See Farmer v. Brennan*, 511 U.S. 825, 837 (1994) (prison official cannot be found liable under the Eighth Amendment "unless the official knows of and disregards an excessive risk to inmate health or safety"); *Labatad v. Corr. Corp. of Am.*, 714 F.3d 1155, 1160 (9th Cir. 2013) (discussing requirements for deliberate indifference to safety claim).

**AFFIRMED.**